# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHROME HEARTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 23-cv-15612<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Chrome Hearts LLC ("Chrome Hearts") hereby dismisses this action, with leave to reinstate within two hundred and seventy (270) days, as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| PDFME(7-14 Days Delivery) | 61 |
| HTJN KEAN | 110 |

Dated this 7th day of December 2023.

Respectfully submitted,

/s/ Rachel S. Miller
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law

*Counsel for Plaintiff Chrome Hearts LLC*