IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Chrome Hearts LLC, | ) | Case Number: 23-cv-15612 |
| Plaintiff, | ) | |
| v. | ) | |
| The Partnerships and Unincorporated Associations Identified on Schedule A, | ) | Hon. Manish S. Shah |
| Defendants. | ) | |

**NOTICE OF MOTION**

Please take notice that on Wednesday, July 10, 2024, Defendants 16 BeautyChen (A11Z2YIN8PAVAD) and 44 Leikedun (A2CT85FVKV6JMB), through the undersigned counsel, shall appear before the Honorable Manish S. Shah in Courtroom 1919 at 9:45 a.m. at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Defendants' Motion to Modify the Asset Restraint.

July 1, 2024            Respectfully submitted,

                            s/ Christopher Keleher

                            Christopher Keleher
                            The Keleher Appellate Law Group, LLC
                            1 East Erie St., Suite 525
                            Chicago, IL 60611
                            312-448-8491
                            ckeleher@appellatelawgroup.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies on July 1, 2024 that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com